[No. 24648-1-II.   Division Two.   July 21, 2000.]

VALLEY RENTALS, INC., ET AL., *Respondents*, v. MARK S. SCARDINOS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-2-00670-9, Don L. McCulloch, J., entered April 26, 1999. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 24547-7-II.   Division Two.   July 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE CALDWELL OLLENS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-01662-0, Frederick W. Fleming, J., entered April 6, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 24493-4-II.   Division Two.   July 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL CHAPMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-01025-6, Karen B. Conoley, J., entered February 26, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 24446-2-II.   Division Two.   July 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID SCOTT MERRITT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00959-1, James E. Warme, J., entered February 2, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Bridgewater, J.